# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Terrance Pascal

                              Plaintiff,

v.                                                        Case No.: 1:18−cv−04998

                                                                   Honorable Gary Feinerman

Top Tier Safety, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 29, 2019:

       MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 3/13/2019 at 9:00 a.m. Motion hearing held. For the reasons stated on the record, Plaintiffs motion for default judgment [12] is granted. By 3/1/2019, Defendant James Gonzales shall provide to Plaintiffs counsel a list of all Top Tier Safety, Inc., employees since 11/24/2007, including their names, addresses, telephone numbers and email addresses.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.